# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** _____     **Category No.** II     **Investigating Agency** FBI

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See Below
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes   ☑ No

**Defendant Name**   Phalentz Vernot     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

**Alias Name:** _____
**Address:** Waltham, MA

**Birth date (Yr only):** 2000   **SSN (last 4#):** 4890   **Sex:** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____     **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Kristen A. Kearney     **Bar Number if applicable:** 669940

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/24/2025     **Signature of AUSA:** /s/ Kristen A. Kearney

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Phalentz Vernot

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 2 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 9 |
| Set 5 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants:  25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____     **Category No.** II     **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number: See Below
- R 20/R 40 from District of _____
- Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name: Selby Okai    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Worcester, MA

Birth date (Yr only): 2001   SSN (last 4#): 6256   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Kristen A. Kearney    Bar Number if applicable: 669940

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/24/2025    Signature of AUSA: /s/ Kristen A. Kearney

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Selby Okai

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 3 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants:  25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ________ **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ________ Case No. ________

Same Defendant ________ New Defendant ________

Magistrate Judge Case Number ________

Search Warrant Case Number See Below

R 20/R 40 from District of ________

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ________ ☐ Yes ☑ No

Defendant Name Yves Bissainthe Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ________

Address: Everett, MA

Birth date (Yr only): 2001 SSN (last 4#): 9450 Sex: M Race ________ Nationality: ________

**Defense Counsel if known:** ________ Address: ________

Bar Number: ________

**U.S. Attorney Information**

AUSA: Kristen A. Kearney Bar Number if applicable: 669940

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ________

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ________

**Arrest Date:** ________

☐ Already in Federal Custody as of ________ in ________.

☐ Already in State Custody at ________ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ________ on ________

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ________ ☐ Misdemeanor ________ ☑ Felony 9

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 7/24/2025 Signature of AUSA: */s/ Kristen A. Kearney*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Yves Bissainthe

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 4 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants:  25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB

**Criminal Case Cover Sheet**           U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number See Below
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☑ No

Defendant Name: Marvin Kimani    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____
Address: Lowell, MA
Birth date (Yr only): 2000   SSN (last 4#): 2881   Sex: M   Race: ____   Nationality: ____

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Kristen A. Kearney   Bar Number if applicable: 669940

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:** ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/24/2025    Signature of AUSA: /s/ Kristen A. Kearney

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Marvin Kimani

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 5 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants: 25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Below
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☑ No

Defendant Name: Keith Wainaina    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Lowell, MA

Birth date (Yr only): 2002   SSN (last 4#): 6628   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Kristen A. Kearney    Bar Number if applicable: 669940

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/24/2025    Signature of AUSA: /s/ Kristen A. Kearney

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Keith Wainaina

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 6 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants:  25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number: See Below
- R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☑ No

Defendant Name: Victor Kolawole    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Brockton, MA

Birth date (Yr only): 2000    SSN (last 4#): 7180    Sex: M    Race: ____    Nationality: ____

**Defense Counsel if known:** _____    **Address:** _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Kristen A. Kearney    Bar Number if applicable: 669940

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/24/2025    Signature of AUSA: /s/ Kristen A. Kearney

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Victor Kolawole

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 7 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants:  25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB