**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**

    **v.**

**VICTOR KOLAWOLE,**                                    Criminal Action No. 1:25-CR-10317-JEK


    Defendant.


**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND DEADLINE FOR OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT AND TO CONTINUE SENTENCING**

Victor Kolawole, by and through counsel, respectfully moves this Honorable Court to extend the deadline for filing objections to the Presentence Investigation Report by seven days, and to continue the presently scheduled sentencing hearing from July 28, 2026, to August 11, 2026, or to another date convenient to the Court. As grounds for this motion, Mr. Kolawole states as follows.

Objections to the Presentence Investigation Report are presently due on July 7, 2026. Lead counsel, Attorney Daniel Reilly, who handled the plea negotiations and has been involved in this matter from the outset, is out of the office this week. In addition, Mr. Kolawole is still reviewing the Presentence Investigation Report and requires additional time to provide counsel with his comments, corrections, and concerns. Additional time is therefore necessary to allow counsel to confer meaningfully with Mr. Kolawole and to file any appropriate objections.

The requested extension of the objection deadline will also require additional time for the United States Probation Office to review and respond to any objections filed by the defense. Senior United States Probation Officer Allan Tuli has indicated that he has no objection to the requested

1

extension, but requested that an motion also seek a continuance of sentencing to allow Probation sufficient time to respond. The government, through Assistant United States Attorney Kristen Kearney, has indicated that it has no objection to the requested extension and continuance. The government has further indicated that it is available during the week of August 10, 2026. Defense counsel is available on Tuesday, August 11, 2026.

Accordingly, Mr. Kolawole respectfully requests that this Court extend the deadline for objections to the Presentence Investigation Report by seven days and continue the sentencing hearing from July 28, 2026, to August 11, 2026, or to another date convenient to the Court.

Dated: July 7, 2026

Respectfully submitted,

VICTOR KOLAWOLE

By his attorney,

*Patrick Garrity*

Patrick L. Garrity, Esq.
BBO No. 713116
Brad Bailey Law, P.C.
44 School Street, Suite 1000b
Boston, MA 02108
Tel.: (781) 589-2828
Fax: (857) 265-3184
Patrick@bradbaileylaw.com

2

Certificate of Service

I, R. Bradford Bailey, hereby certify that on this the 7th day of July 2026, I caused a true copy of the foregoing Motion to be served upon all necessary parties to this matter via ECF.


*Patrick Garrity*
Patrick L. Garrity, Esq.